

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AURELIO MARTINEZ-DE LA CRUZ (2),<br><br>Defendant. | Case No.: 19-MJ-0686-MDD<br><br>FINDING OF FACT AND ORDER REGARDING WAIVER OF DETENTION PENDING TRIAL |
|---|---|

In accordance with the Bail Reform Act of 1984, Title 18 U.S.C. § 3142(f), a detention hearing was scheduled for February 19, 2019, to determine whether Defendant, AURELIO MARTINEZ-DE LA CRUZ, should be held in custody without bail pending trial and, if convicted, sentencing in the above-captioned matter. Assistant United States Attorney Karla Davis appeared on behalf of the United States. Kenneth Robert McMullan appeared on behalf of the Defendant.

On February 19, 2019, the Defendant knowingly and voluntarily waived his/her right, on the record and through counsel, to the setting of bail and a detention hearing.

1

Based on that waiver, the Court orders that Defendant be detained pending trial and, if convicted, sentencing in these matters. This order is made without prejudice or waiver of the Defendant's right to later apply for bail and conditions of release, and without prejudice of a waiver of the right of the United States to seek detention in the event of an application by Defendant for such relief.

## ORDER

IT IS HEREBY ORDERED that the Defendant be detained pending trial and, if convicted, sentencing in these matters.

IT IS FURTHER ORDERED that Defendant be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practical, from persons awaiting or serving sentence, or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for private consultation with counsel.

While in custody, upon order of a court of the United States, or upon the request of an attorney for the United States, the person in charge of the correctional facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding or any other appearance stipulated to by defense and government counsel.

//

//

//

This order is made without prejudice to modification by this Court, and without prejudice to the Defendant's exercise of his/her right to bail and a detention hearing at a future date.

IT IS SO ORDERED.

DATED: 2/19/19, 2019

HON. MITCHELL D. DEMBIN
U.S. MAGISTRATE JUDGE

Prepared by:

ROBERT S. BREWER, JR.
United States Attorney

KARLA DAVIS
Assistant United States Attorney

cc: Kenneth Robert McMullen, Esq.